■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KRISTOPHER SMILOWSKA, Appellant. [4 NYS3d 546]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Braslow, J.), imposed May 8, 2013, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*,

90 AD2d 80 [1982]). Eng, P.J., Mastro, Hall, Miller and LaSalle, JJ., concur.